IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F I L E D

APR 1 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| United States of America, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. No. 58-C-1158 |
| | ) | |
| True Temper Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that True Temper Sports, Inc. ("True Temper"), successor to the True Temper Corporation, a defendant in this action, at such time as the Court determines the matter may be heard and before a judge to be determined by the Court, shall present its Unopposed Motion to Consolidate this Action with *United States v. True Temper Corp. et al.*, Civ. No. 58-C-1159.

Dated: April 10, 2008

Respectfully submitted,

_____
Robert E. Hauberg, Jr.
John G. Calender
Phillip C. Zane, Illinois Bar No. 6208254
Baker Donelson, Bearman, Caldwell & Berkowitz, P.C.
555 Eleventh Street, N.W., Sixth Floor
Washington, D.C. 20004
202-508-3400

Attorneys for True Temper Sports, Inc.