

**BAKER DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

LINCOLN SQUARE
555 ELEVENTH STREET, N.W.
SIXTH FLOOR
WASHINGTON, D.C. 20004
PHONE:  202.508.3400
FAX:       202.508.3402

www.bakerdonelson.com

PHILLIP C. ZANE
Direct Dial: 202.508.3490
Direct Fax: 202.220.2290

April 15, 2008

**VIA FEDERAL EXPRESS**

Michael Dobbins, Esq.
Clerk
United States District Court
  for the Northern District of Illinois
Everett McKinley Dirksen
  United States Courthouse, 20th Floor
219 South Dearborn Street
Chicago, IL 60604

FILED

APR 1 6 2008
APR 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Re:   *United States v. True Temper Corp.*, 58 cv 1158; and *United States v. True Temper Corp., et al.*, 58 cv 1159

Dear Mr. Dobbins:

    We represent True Temper Sports, Inc., the successor to True Temper Corp. (collectively, "True Temper"). True Temper is the defendant in *United States v. True Temper Corp.*, 58 cv 1158, and one of the defendants in *United States v. True Temper Corp., et al.*, 58 cv 1159. As I explained in my letter to you of April 3, 2008, the defendants have agreed to seek to terminate the final judgments in those actions. The Plaintiff United States has tentatively consented to the termination of those final judgments. We are filing today motions to vacate the final judgments. Because the actions have not yet been consolidated, we are filing identical papers in each action.

    I have enclosed the following documents for filing:

1. Notice of our Motion to Vacate the Final Judgment in 58 cv 1158;

2. Our Motion to Vacate the Final Judgment in 58 cv 1158;

3. A Memorandum in Support of the Motion to Vacate the Final Judgment in 58 cv 1158;

4. A Proposed Order granting our Motion to Consolidate 58 cv 1158;

ALABAMA  •  GEORGIA  •  LOUISIANA  •  MISSISSIPPI  •  TENNESSEE  •  WASHINGTON, D.C.  •  BEIJING, CHINA
Representative Office,
BDBC International, LLC

Michael Dobbins, Esq.
April 15, 2008
Page 2

    5. A Certificate of Service relating to items 1, 2, 3 and 4;

    6. Notice of our Motion to Vacate the Final Judgment in 58 cv 1159;

    7. Our Motion to Vacate the Final Judgment in 58 cv 1159;

    8. A Memorandum in Support of the Motion to Vacate the Final Judgment in 58 cv 1159;

    9. A Proposed Order granting our Motion to Consolidate 58 cv 1159;

    10. A Certificate of Service relating to items 6, 7, 8 and 9;

    11. Local Rule 3.2 Notification as to Affiliates in 58 cv 1158;

    12. Local Rule 3.2 Notification as to Affiliates in 58 cv 1159; and

    13. A CD ROM containing electronic copies, in PDF format, of the documents listed above.

    I have enclosed three copies of each of the paper documents listed above, one original, one copy prepared for the court and complying with LR5.2(c), and one additional copy. Please file-stamp the additional copy of each document and return them to me in the enclosed, postage-paid envelope.

    Thank you very much for your assistance in this matter. Please do not hesitate to contact me if you need further information.

    Very truly yours,

    Phillip C. Zane

Enclosures

cc:    Frank Vondrak, Esq. and Rosemary S. Thompson, Esq.,
        Antitrust Divsion, U.S. Department of Justice
    Ray Berens, Esq. and Andre Parabue, Esq.
        Wilson Athletic Goods Mfg. Co., Inc.
    Clay Humphries, Esq.
        Russell Corp. (owner of certain marks once owned by AG Spalding Bros., Inc.)
    Michael Robbins
        MacGregor Sport Products, Inc.
    Steven H. Lyverse, Esq.
        Hillerich & Bradsby Co., Inc.