IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | Civ. No. 58-C-1158 |
| v. ) | |
| ) | FILED |
| True Temper Corporation, ) | APR 1 6 2008 |
| ) | |
| Defendant. ) | MICHAEL W. DOBBINS |
| | CLERK, U.S. DISTRICT COURT |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that True Temper Sports, Inc. ("True Temper"), successor to the True Temper Corporation, the defendant in this action, at such time as the Court determines the matter may be heard and before a judge to be determined by the Court, shall present its Motion to Vacate the Final Decrees after a Period for Notice and Public Comment.

Dated: April 15, 2008

Respectfully submitted,

Robert E. Hauberg, Jr.
John G. Calender
Phillip C. Zane, Illinois Bar No. 6208254
Baker Donelson, Bearman, Caldwell & Berkowitz, P.C.
555 Eleventh Street, N.W., Sixth Floor
Washington, D.C. 20004
202-508-3400

Attorneys for True Temper Sports, Inc.

1