IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )  Civ. No. 58-C-1158 |
| | ) |
| True Temper Corporation, | ) |
| | ) |
| Defendant. | ) |

FILED
APR 1 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

True Temper Sports, Inc. is the successor to the True Temper Corporation, the defendant in this action. True Temper Sports, Inc., is a wholly owned subsidiary of True Temper Corp. TTS Holdings LLC owns more than 5% of True Temper Corp. Gilbert Global Equity Partners L.P. owns more than 5% of TTS Holdings LLC. No other individual or entity owns more than 5% of True Temper Sports, Inc., or of any of its affiliates under Local Rule 3.2.

Dated: April 15, 2008

Respectfully submitted,

Robert E. Hauberg, Jr.
John G. Calender
Phillip C. Zane, Illinois Bar No. 6208254
Baker Donelson, Bearman, Caldwell & Berkowitz, P.C.
555 Eleventh Street, N.W., Sixth Floor
Washington, D.C. 20004
202-508-3400

Attorneys for True Temper Sports, Inc.

1

## CERTIFICATE OF SERVICE

I, Phillip C. Zane, an attorney and a member of the Bar of this Court, hereby certify that on this 15th day of April, 2008, I caused a true and correct copy of Defendant True Temper Sports, Inc.'s Local Rule 3.2 Notification in *United States v. True Temper Corp.*, Civ. No. 58-C-1158, to be served on the following by US Mail, postage prepaid:

*for the United States:*
Frank Vondrak, Esq.
Rosemary S. Thompson, Esq.
Antitrust Division, United States Department of Justice
209 South LaSalle Street, Suite 600
Chicago, Illinois, 60604.

*for Wilson Athletic Goods Mfg. Co., Inc.:*
Ray Berens, Esq.
Andre Pabarue, Esq.
Amer Sports North America
8750 W. Bryn Mawr Ave.
Chicago IL 60631

*for Russell Corp.*
*(owner of certain marks once owned by A.G. Spalding & Bros., Inc.):*
Clay Humphries, Esq.
Russell Corp.
755 Lee Street
Alexander City, AL 35010

*for MacGregor Sport Products, Inc.:*
Michael Robbins
COO, MacGregor Golf
MacGregor Sport Products, Inc.
1000 Pecan Grove Dr.
Albany, GA 31710

*for Hillerich & Bradsby Co.:*
Steven H. Lyverse, Esq.
Hillerich & Bradsby Co., Inc.
800 West Main St.
Louisville, KY 40232-5700

_____
Phillip C. Zane