C4

J. COAR

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | } | |
| | } | |
| Vs. | } | Case No. 58 cv 1158 |
| | } | |
| True Temper Corporation | } | |

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT

It appearing that the above-captioned case requires judicial action, I therefore recommend to the Executive Committee that this case be reassigned by lot to an active judge of this court. The reasons for my recommendation are indicated on the reverse of this form.

MICHAEL W. DOBBINS, CLERK

C. Mercado

Dated: April 17, 2008            C. Mercado, Deputy Clerk

*************************************************************************

### ORDER OF THE EXECUTIVE COMMITTEE

**IT IS HEREBY ORDERED** that the Clerk of the Court reassign the above-captioned case by lot to the calendar of an active judge of this court in accordance with the Rules.

ENTER:

FOR THE EXECUTIVE COMMITTEE

James F. Holderman

Dated: APR 1 8 2008

Chief Judge

This cause having been assigned to the calendar of Judge Igoe who is no longer sitting; it is recommended that it be reassigned to the calendar of an active judge of this court as it appears to require judicial action.