**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. No. 58-C-1158 |
| | ) | |
| True Temper Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that True Temper Sports, Inc. ("True Temper"), successor to the True Temper Corporation, the defendant in this action, shall present its Motion to Vacate the Final Decrees after a Period for Notice and Public Comment at 9:00 am on April 28, 2008, or as soon thereafter as counsel may be heard, before Hon. David H. Coar, District Judge, in Courtroom 1419, or such other courtroom used by him, in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604.

Dated:  April 23, 2008            Respectfully submitted,

/s/ Phillip C. Zane
Robert E. Hauberg, Jr.
John G. Calender
Phillip C. Zane, Illinois Bar No. 6208254
Baker Donelson, Bearman, Caldwell & Berkowitz, P.C.
555 Eleventh Street, N.W., Sixth Floor
Washington, D.C. 20004
202-508-3400

Attorneys for True Temper Sports, Inc.

## CERTIFICATE OF SERVICE

I, Phillip C. Zane, an attorney and a member of the Bar of this Court, hereby certify that on this 15th day of April, 2008, I caused a true and correct copy of the True Temper Sports Inc.'s Notice of MOTION OF TRUE TEMPER SPORTS, INC. TO VACATE THE FINAL DECREES AFTER A PERIOD OF NOTICE AND PUBLIC COMMENT, to be docketed in CIV. NO. 58-C-1158, to be served on the following by electronic mail and US Mail, postage prepaid:

*for the United States:*
Frank Vondrak, Esq.
Rosemary S. Thompson, Esq.
Antitrust Division, United States Department of Justice
209 South LaSalle Street, Suite 600
Chicago, Illinois, 60604.

*for Wilson Athletic Goods Mfg. Co., Inc.:*
Ray Berens, Esq.
Andre Pabarue, Esq.
Amer Sports North America
8750 W. Bryn Mawr Ave.
Chicago IL 60631

*for Russell Corp.*
*(owner of certain marks once owned by A.G. Spalding & Bros., Inc.):*
Clay Humphries, Esq.
Russell Corp.
755 Lee Street
Alexander City, AL  35010

*for MacGregor Sport Products, Inc.:*
Michael Robbins
COO, MacGregor Golf
MacGregor Sport Products, Inc.
1000 Pecan Grove Dr.
Albany, GA  31710

*for Hillerich & Bradsby Co.:*
Steven H. Lyverse, Esq.
Hillerich & Bradsby Co., Inc.
800 West Main St.
Louisville, KY  40232-5700

_____
Phillip C. Zane