Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 58 C 1158 (58 C 1159) | **DATE** | APR 2 5 2008 |
| **CASE TITLE** | United States of America vs. Tru Temper Corporation | | |

### DOCKET ENTRY TEXT

The defendant shall publish at its own expense a notice in the form attached as Exhibit A in 2 connectives issues of the Wall Street Journal and Golf World, and file proof of such publications with the Court. The Plaintiff shall publish at its expense a notice in the Federal Register in the form attache as Exhibit B announcing the Motion to terminate the 1959 and 1961 Final Judgments. Any comments received the United States within 60 days after the last publication shall be filed with the Court. The Court will not rule on the Motion until at least 70 days after the last publication of the notices. Status hearing set for 7/23/2008 at 9:00.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|