IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Docket Numbers: |
| Plaintiff, | ) | |
| v. | ) | Case No. 58 CV 1158 |
| True Temper Corporation, | ) | Case No. 58 CV 1159 |
| Defendant. | ) | |
| United States of America, | ) | |
| Plaintiff, | ) | Honarable David H. Coar |
| v. | ) | |
| True Temper Corporation; | ) | |
| Wilson Athletic Goods Mfg. Co., Inc.; | ) | |
| A.G. Spalding & Bros., Inc.; | ) | |
| MacGregor Sport Products, Inc.; and | ) | |
| Hillerich & Bradsby Co., | ) | |
| Defendants. | ) | |

### ORDER ESTABLISHING NOTICE AND PUBLIC COMMENT PROCEDURES FOR MOTION TO TERMINATE 1959 FINAL JUDGMENT & 1961 FINAL JUDGMENT

True Temper Sports, Inc. ("True Temper"), successor in interest to defendant True Temper Corporation, having moved for an Order terminating the Final Judgment entered by this Court on August 20, 1959 ("1959 Final Judgment") in Civ. No. 58-C-1158, and an Order terminating the Final Judgment entered by this Court on August 1, 1961 ("1961 Final Judgment") in Civ. No. 58-C-1159, and plaintiff United States, having tentatively consented to the motions, and the United States having proposed, and defendant True Temper having agreed, that notice of the motions and the United States' tentative consent to it be published at the expense of defendant True Temper, and that all interested persons be given an opportunity to submit comments concerning the proposed termination of the 1959 Final Judgment and the 1961 Final Judgment, and it appearing to the Court desirable to invite such comments, and in consideration of the Stipulations of the parties dated April 15, 2008, it is

ORDERED that defendant True Temper shall publish at its own expense a notice in the form attached hereto as Exhibit A in (a) two consecutive issues of *The Wall Street Journal* and

(b) two consecutive publications of *Golf World*, and file proof of such publications with the Court; and it is

FURTHER ORDERED, the plaintiff United States shall publish at its expense a notice in the *Federal Register* in the form attached hereto as Exhibit B announcing the motion to terminate the 1959 Final Judgment and the motion to terminate the 1961 Final Judgment and the United States' tentative consent to the motions, summarizing the complaints and the 1959 Final Judgment and the 1961 Final Judgment, describing the procedures for inspection and obtaining copies of the relevant papers, and inviting the submission of comments; and it is

FURTHER ORDERED, that copies of all comments received by the United States within sixty (60) days after the last publication of the notices required by this Order shall be filed with this Court by Plaintiff promptly after it receives such comments; and it is

FURTHER ORDERED, that this Court will not rule upon defendant True Temper's motion until at least seventy (70) days after the last publication of the notices required by this Order and the publication by the United States of a notice in the *Federal Register* announcing these proceedings.

DONE, this 25th day of April, 2008.

_____
Hon. David H. Coar
United States District Judge

**EXHIBIT A**

IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket Numbers: |
| Plaintiff, | ) | |
| v. | ) | Civ. No. 58-C-1158 |
| TRUE TEMPER CORPORATION, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. No. 58-C-1159 |
| TRUE TEMPER CORPORATION; WILSON ATHLETIC GOODS MFG. CO., INC.; A.G. SPALDING & BROS., INC.; MACGREGOR SPORT PRODUCTS, INC. AND HILLERICH & BRADSBY CO., | ) | |
| Defendants. | ) | |

NOTICE OF PROPOSED TERMINATION OF
THE 1959 AND 1961 FINAL JUDGMENTS

PLEASE TAKE NOTICE that a motion has been filed asking this Court to enter an order terminating the Final Judgment entered in *United States v. True Temper Corp.*, Civil No. 58-C-1158, 1959 Trade Cas. (CCH) ¶ 69,441 (N.D. Ill. 1959) on August 20, 1959 ("1959 Final Judgment") and the Final Judgment entered in *United States v. True Temper Corp.*, Civil No. 58-C-1159, 1961 Trade Cas. (CCH) ¶ 70,090 (N.D. Ill. 1961) on August 1, 1961 ("1961 Final Judgment").

-1-

The United States has filed with the Court a responsive memorandum setting forth the reasons it believes that termination of the 1959 Final Judgment and the 1961 Final Judgment would serve the public interest. Copies of the motion to terminate, the stipulation containing the United States' tentative consent, the United States' memorandum, and all further papers filed with the Court in connection with the termination motion will be available for inspection at the Antitrust Documents Group, Antitrust Division, 325 Seventh Street, N.W., Room 215, Washington, DC 20004, on the website at http://www.usdoj.gov/atr, and at the Office of the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division. Copies of these materials may be obtained from the Antitrust Division upon request and payment of the copying fee set by Department of Justice regulations.

Interested persons may submit comments regarding the proposed termination of the 1959 Final Judgment and the 1961 Final Judgment to the United States. Such comments must be received by the Antitrust Division within sixty (60) days and will be filed with the Court by the United States. Comments should be addressed to Marvin N. Price, Jr., Chief, Chicago Field Office, Antitrust Division, 209 South LaSalle Street, Suite 600, Chicago, Illinois, 60604.

**EXHIBIT B**

## FEDERAL REGISTER NOTICE

United States Department of Justice
Antitrust Division

Proposed Termination of Final Decrees

Notice is hereby given that True Temper Sports, Inc. ("True Temper"), successor in interest to defendant True Temper Corporation, has filed a motion to terminate the Final Judgment entered in *United States v. True Temper Corporation*, Civil No. 58-C-1158, 1959 Trade Cas. (CCH) & 69,441 (N.D. Ill. 1959), on August 20, 1959 ("1959 Final Judgment") and the Final Judgment entered in *United States v. True Temper Corporation, et al.*, Civil No. 58-C-1159, 1961 Trade Cas. (CCH) & 70,090 (N.D. Ill. 1961), on August 1, 1961 ("1961 Final Judgment"). Notice is also hereby given that the Antitrust Division of the United States Department of Justice ("the Department"), in a stipulation also filed with the Court, tentatively has consented to termination of the 1959 Final Judgment and the 1961 Final Judgment, but has reserved the right to withdraw its consent pending receipt of public comments.

On June 30, 1958 the United States filed a complaint against sole defendant True Temper alleging that True Temper and several co-conspirators conspired to restrain and monopolize the manufacture and sale of steel golf club shafts. Prior to trial True Temper settled the charges by accepting entry of the 1959 Final Judgment on August 20, 1959.

Also on June 30, 1958 the United States filed a complaint against True Temper and four golf club manufacturers alleging that they conspired to restrain and monopolize markets for golf clubs and steel shafts. Prior to trial the defendants settled the charges by accepting entry of the 1961 Final Judgment on August 1, 1961.

The Department has filed with the Court a memorandum setting forth the reasons why the

United States believes that the termination of the 1959 Final Judgment and the 1961 Final Judgment would serve the public interest. Copies of the motion to terminate, the stipulation containing the United States' tentative consent, the United States' memorandum, and all further papers filed with the Court in connection with the motion to terminate will be available for inspection at the Antitrust Documents Group, Antitrust Division, Room 215, 325 Seventh Street, N.W., Washington, DC 20004, on the website at http://www.usdoj.gov/atr, and at the Office of the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division. Copies of these materials may be obtained from the Antitrust Division upon request and payment of the copying fee set by Department of Justice regulations.

Interested persons may submit comments regarding the proposed termination of the 1959 Final Judgment and the 1961 Final Judgment to the United States. Such comments must be received by the Antitrust Division within sixty (60) days and will be filed with the Court by the United States. Comments should be addressed to Marvin N. Price, Chief, Chicago Field Office, Antitrust Division, U.S. Department of Justice, 209 South LaSalle Street, Chicago, Illinois, 312/353-7530.

PATRICIA A. BRINK
Deputy Director of Operations