# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | Apr 25, 2008 |
|---|---|---|---|
| CASE NUMBER | 58 C 1158 | DATE | APR 25 2008 |
| CASE TITLE | United States of America vs. Tru Temper Corporation | | |

**DOCKET ENTRY TEXT**

This action is consolidated with case # 58 C 1159 - Untied States v. True Temper for all purposes.   ENTER ORDER OF CONSOLIDATION.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|