## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 58-C-1158 |
| | ) | |
| True Temper Corporation; | ) | |
| Wilson Athletic Goods Mfg. Co., Inc.; | ) | Honorable David H. Coar |
| A.G. Spalding & Bros., Inc.; | ) | |
| MacGregor Sport Products, Inc.; and | ) | |
| Hillerich & Bradsby Co., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF CONSOLIDATION

Upon consideration of the motion of Defendant True Temper Sports, Inc. to consolidate

this action with *United States v. True Temper Corp.*, No. 58-C-1159, and after a review of the

relevant pleadings, it is hereby

ORDERED that this action be and hereby is consolidated with *United States v. True*

*Temper Corp.*, No. 58-C-1159.

SO ORDERED.

Dated: *April 25, 2008*

_____
United States District Judge