**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | Docket Numbers: |
| | ) | |
| Plaintiff, | ) | Case No. 58 CV 1158 |
| v. | ) | Case No. 58 CV 1159 |
| | ) | (consolidated cases) |
| True Temper Corporation, | ) | |
| | ) | |
| Defendant. | ) | Honorable David H. Coar |
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| True Temper Corporation; | ) | |
| Wilson Athletic Goods Mfg. Co., Inc.; | ) | |
| A.G. Spalding & Bros., Inc.; | ) | |
| MacGregor Sport Products, Inc.; and | ) | |
| Hillerich & Bradsby Co., | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION OF DEFENDANT TRUE TEMPER SPORTS, INC.
TO RESCHEDULE THE HEARING SET IN THESE ACTIONS**

True Temper Sports, Inc. ("True Temper"), successor to the True Temper Corporation, a defendant in these actions, respectfully moves that this Court reschedule the status hearing set in these cases for July 23, 2008, to a date acceptable to the Court on or after August 8, 2008. The Plaintiff United States and the other defendants do not oppose this motion. In support of this motion, True Temper states as follows:

1.      On April 25, 2008, this Court entered its Order Establishing Notice and Public Comment Procedure for the Motion to Terminate the 1959 Final Judgment and 1961 Final Judgment (Docket No. 19). Pursuant to that Order, True Temper and the United States each had obligations to publish notices that True Temper had filed a motion to vacate the 1959 Final Judgment (entered in Case No. 58 CV 1158) and the 1961 Final Judgment (entered in Case No.

1

58 CV 1159). The Order set the period for public comment at 60 days from the date of the last required publication, after which the United States is to file promptly with the Court all comments it has received. The Order also specified that the Court would not rule upon True Temper's motion until at least 70 days after the date of the last required publication.

2.    On April 25, 2008, the Court also entered a minute order (Docket No. 18) setting these cases for status hearing on July 23, 2008.

3.    On June 18, 2008, True Temper filed its Notice of Publication with copies of the notices as published (Docket No. 22). Both the United States and True Temper have complied with the publication requirements and the last publication of the required notices was on May 30, 2008. Accordingly, the sixty-day period for public comment expires on July 29, 2008, and the seventy-day period within which the Court will not rule upon True Temper's motion expires on August 8, 2008.

4.    True Temper respectfully submits that in the interest of judicial economy, the status hearing set for July 23, 2008, before the sixty-day period for public comment has expired, should be vacated and a new date set for status hearing on or after August 8, 2008. In the alternative, should the Court prefer to discuss the status of these cases with the parties before the expiration of the seventy-day period, True Temper suggests that a telephonic status hearing might be appropriate.

5.    True Temper has discussed this motion with counsel for the United States and is authorized to state that the United States has no objections to continuing the status hearing until on or after August 8, 2008. Similarly, the other defendants do not oppose the motion.

6.    The United States has also authorized True Temper to state that as of July 16, 2008, the United States had received no public comments in response to the public notices mentioned above.

2

THEREFORE, True Temper respectfully requests that the status hearing scheduled in these actions for July 23, 2008, be rescheduled on or after August 8, 2008, at the Court's convenience.

Dated: July 17, 2008                Respectfully submitted,


                                    /s/ Phillip C. Zane
                                    _____
                                    Robert E. Hauberg, Jr.
                                    John G. Calender
                                    Phillip C. Zane, Illinois Bar No. 6208254
                                    Baker Donelson, Bearman, Caldwell & Berkowitz, P.C.
                                    555 Eleventh Street, N.W., Sixth Floor
                                    Washington, D.C. 20004
                                    202-508-3400

                                    Attorneys for True Temper Sports, Inc.

W PCZ 151486 v1
2790048-000001 7/17/2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | Docket Numbers: |
| | ) | |
| Plaintiff, | ) | Case No. 58 CV 1158 |
| v. | ) | Case No. 58 CV 1159 |
| | ) | (consolidated cases) |
| True Temper Corporation, | ) | |
| | ) | |
| Defendant. | ) | Honorable David H. Coar |
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| True Temper Corporation; | ) | |
| Wilson Athletic Goods Mfg. Co., Inc.; | ) | |
| A.G. Spalding & Bros., Inc.; | ) | |
| MacGregor Sport Products, Inc.; and | ) | |
| Hillerich & Bradsby Co., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that True Temper Sports, Inc. ("True Temper"), successor to the True Temper Corporation, a defendant in these actions, shall present its Unopposed Motion to Reschedule the Hearing in this case at 9:00 am on July 23, 2008, or as soon thereafter as counsel may be heard, before Hon. David H. Coar, District Judge, in Courtroom 1419, or such other courtroom used by him, in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604.

Dated:  July 17, 2008               Respectfully submitted,


                                    /s/ Phillip C. Zane
                                    Robert E. Hauberg, Jr.
                                    John G. Calender
                                    Phillip C. Zane, Illinois Bar No. 6208254
                                    Baker Donelson, Bearman, Caldwell & Berkowitz, P.C.

1

555 Eleventh Street, N.W., Sixth Floor
Washington, D.C. 20004
202-508-3400

Attorneys for True Temper Sports, Inc.

2

## CERTIFICATE OF SERVICE

I, Phillip C. Zane, an attorney and a member of the Bar of this Court, hereby certify that on this 17th day of July, 2008, I caused a true and correct copy of the foregoing UNOPPOSED MOTION OF DEFENDANT TRUE TEMPER SPORTS, INC. TO RESCHEDULE THE HEARING SET IN THESE ACTIONS, to be served on the following by electronic mail and, with respect to parties having appeared in this case through counsel, to be noticed and served by the Court's ECF system:

*for the United States:*
Frank Vondrak, Esq.
Rosemary S. Thompson, Esq.
Antitrust Division, United States Department of Justice
209 South LaSalle Street, Suite 600
Chicago, Illinois, 60604.

*for Wilson Athletic Good Mfg. Co., Inc.:*
Ray Berens, Esq.
Andre Pabarue, Esq.
Amer Sports North America
8750 W. Bryn Mawr Ave.
Chicago IL 60631

*for Russell Corp.*
*(owner of certain marks once owned by A.G. Spalding & Bros., Inc.):*
Clay Humphries, Esq.
Russell Corp.
755 Lee Street
Alexander City, AL  35010

*for MacGregor Sport Products, Inc.:*
Michael Robbins
COO, MacGregor Golf
MacGregor Sport Products, Inc.
1000 Pecan Grove Dr.
Albany, GA  31710

*for Hillerich & Bradsby Co.:*
Steven H. Lyverse, Esq.
Hillerich & Bradsby Co., Inc.
800 West Main St.
Louisville, KY  40232-5700

/s/ Phillip C. Zane
_____

Phillip C. Zane

W PCZ 151487 v1
2790048-000002 7/17/2008