IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Docket Numbers: |
| | ) | |
| Plaintiff, | ) | Case No. 58 CV 1158 |
| v. | ) | Case No. 58 CV 1159 |
| | ) | (consolidated cases) |
| True Temper Corporation, | ) | |
| | ) | |
| Defendant. | ) | Honorable David H. Coar |
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| True Temper Corporation; | ) | |
| Wilson Athletic Goods Mfg. Co., Inc.; | ) | |
| A.G. Spalding & Bros., Inc.; | ) | |
| MacGregor Sport Products, Inc.; and | ) | |
| Hillerich & Bradsby Co., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that True Temper Sports, Inc. ("True Temper"), successor to the True Temper Corporation, a defendant in these actions, shall present its Unopposed Motion to Reschedule the Hearing in this case at 9:00 am on July 23, 2008, or as soon thereafter as counsel may be heard, before Hon. David H. Coar, District Judge, in Courtroom 1419, or such other courtroom used by him, in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604.

Dated:  July 17, 2008            Respectfully submitted,

                                  /s/ Phillip C. Zane
                                  Robert E. Hauberg, Jr.
                                  John G. Calender
                                  Phillip C. Zane, Illinois Bar No. 6208254
                                  Baker Donelson, Bearman, Caldwell & Berkowitz, P.C.

1

555 Eleventh Street, N.W., Sixth Floor
Washington, D.C. 20004
202-508-3400

Attorneys for True Temper Sports, Inc.

W PCZ 151485 v1
2790048-000002 7/17/2008