**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | Docket Numbers |
| | ) | |
| Plaintiff, | ) | Civ. No. 58-C-1158 |
| v. | ) | Civ. No. 58-C-1159 |
| | ) | (consolidated cases) |
| True Temper Corporation, | ) | |
| | ) | Honorable David H. Coar |
| Defendant. | ) | |
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| True Temper Corporation; | ) | |
| Wilson Athletic Goods Mfg. Co., Inc.; | ) | |
| A.G. Spalding & Bros., Inc.; | ) | |
| MacGregor Sport Products, Inc.; and | ) | |
| Hillerich & Bradsby Co., | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' CERTIFICATE OF COMPLIANCE WITH NOTICE
AND  PUBLIC COMMENT PROCEDURES AND UNITED STATES'
CONSENT  TO TERMINATION OF THE 1959 AND THE 1961 FINAL JUDGMENTS**

On April 21, 2008, True Temper Sports, Inc. ("True Temper"), successor in interest to

defendant True Temper Corporation, moved to terminate the Final Judgments entered in United

States v. True Temper Corp., Civ. No. 58-C-1158  ("1959 Final Judgment") and in United States

v. True Temper, et al., Civ. No. 58-C-1159 ("1961 Final Judgment").  On that same date, the

United States and True Temper filed a Stipulation mandating notice and public comment

procedures.  The United States consented to the proposed terminations, reserving the right to

withdraw its consent based upon public comments made or other information that came to its

attention.

Notice of the proposed terminations were published in the Federal Register on May 13, 2008, at Volume 73, No.93, Page 27,556. Notice of the proposed terminations appeared in consecutive editions of the *Wall Street Journal*, a business newspaper with a national circulation, on May 21, 2008, on page C8 and on May 22, 2008, on page C7. True Temper published notice of the proposed termination in consecutive issues of *Golf World* magazine on May 23, 2008 on page 54, and on May 30, 2008 on page 54. The public had 60 days to submit comments, beginning on May 31, 2008, and ending on July 29, 2008. The United States has received no comments about the proposed terminations.

The United States continues to believe the proposed terminations are in the public interest, and, with the completion of the procedures for public notice and comment, now asks this Court to make its public interest determination and enter the attached proposed Order terminating the 1959 and the 1961 Final Judgments.

Dated: July 30, 2008.

Respectfully submitted,

/s/ Rosemary S. Thompson
ROSEMARY S. THOMPSON
Attorney
U.S. Department of Justice
Antitrust Division
209 S. LaSalle St., Suite 600
Chicago, Illinois 60604
Tel: 312/353-7530
Fax: 312/353-1046

## CERTIFICATE OF SERVICE

I, Rosemary S. Thompson, an attorney and a member of the Bar of this Court, hereby certify that on this 30th day of July, 2008, I caused a true and correct copy of NOTICE OF MOTION and THE UNITED STATES' CERTIFICATE OF COMPLIANCE WITH NOTICE AND PUBLIC COMMENT PROCEDURES AND UNITED STATES' CONSENT TO TERMINATION OF THE 1959 AND THE 1961 FINAL JUDGMENTS and PROPOSED ORDER to be served on the following by electronic mail and U.S. mail, postage prepaid:

**For True Temper:**
Phillip C. Zane
Robert E. Hauberg, Jr.
John G. Calender
Baker, Donelson, Bearman
Cadwell & Berkowitz, PC
Lincoln Square
555 Eleventh Street, NW
6th Floor
Washington, D.C. 20004

**For Wilson Athletic Goods Mfg. Co., Inc.:**
Ray Berens, Esq.
Andre Pabarue, Esq.
Amer Sports North America
8750 W. Bryn Mawr Ave.
Chicago, IL 60631

**For Russell Corp.**
**(owner of certain marks once owned by A.G. Spalding & Bros., Inc.)**:
Clay Humphries, Esq.
Russell Corp.
755 Lee Street
Alexander City, AL 35010

**For MacGregor Sport Products, Inc.:**
Michael Robbins
COO, MacGregor Golf
MacGregor Sport Products, Inc.
1000 Pecan Grove Dr.
Albany, GA 31710

**For Hillerich & Bradsby Co.:**
Steven H. Lyverse, Esq.
Hillerich & Bradsby Co., Inc.
800 West Main St.
Louisville, KY 40232-5700


/s/ Rosemary S. Thompson
ROSEMARY S. THOMPSON
Attorney
U.S. Department of Justice
Antitrust Division
209 S. LaSalle St., Suite 600
Chicago, Illinois 60604
Tel:  312/353-7530
Fax: 312/353-1046

4