### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Docket Numbers |
| | ) | |
| Plaintiff, | ) | Civ. No. 58-C-1158 |
| v. | ) | Civ. No. 58-C-1159 |
| | ) | (consolidated cases) |
| True Temper Corporation, | ) | |
| | ) | Honorable David H. Coar |
| Defendant. | ) | |
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| True Temper Corporation; | ) | |
| Wilson Athletic Goods Mfg. Co., Inc.; | ) | |
| A.G. Spalding & Bros., Inc.; | ) | |
| MacGregor Sport Products, Inc.; and | ) | |
| Hillerich & Bradsby Co., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that the United States of America, the plaintiff in the above-captioned matters, shall present United States' Certificate of Compliance with Notice and Public Comment Procedures and Consent to Termination of the 1959 and the 1961 Final Judgments on August 26, 2008 at 9:00 AM, or as soon thereafter as counsel may be heard, before Hon. David H. Coar, District Judge, in Courtroom 1419, or such other courtroom used by him, in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604.

Dated: July 30, 2008

                              Respectfully submitted,


                              /s/ Rosemary S. Thompson
                              ROSEMARY S. THOMPSON
                              Attorney
                              U.S. Department of Justice
                              Antitrust Division
                              209 S. LaSalle St., Suite 600
                              Chicago, Illinois 60604
                              Tel:  312/353-7530
                              Fax: 312/353-1046