UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

United States of America
        Plaintiff,

v.                Case No.: 1:58–cv–01158
               Honorable David H. Coar

True Temper Corporation
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 11, 2008:

  MINUTE entry before the Honorable David H. Coar:MOTION by Defendant True Temper Corporation for order Terminating Final Judgments [28] is granted. Counsel for the United States shall draft the order terminating the consent decree, copies to be submitted to counsel for True Temper and the final version to be submitted to this Court's proposed order folder. Parties need not appear on the noticed motion date of 8/13/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.