Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 58 C 1158 (58 C 1159) | **DATE** | 8/15/2008 |
| **CASE TITLE** | USA vs. True Temper Corp | | |

**DOCKET ENTRY TEXT**

Enter order terminating Final Judgment in these consolidated cases. Any and all pending motions are terminated. Civil case terminated

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | PAMF |
|---|---|---|