## IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Docket Numbers: |
| Plaintiff, | ) | |
| v. | ) | Case No. 58 CV 1158 |
| True Temper Corporation, | ) | Case No. 58 CV 1159 |
| Defendant. | ) | |
| United States of America, | ) | |
| Plaintiff, | ) | Honorable David H. Coar |
| v. | ) | |
| True Temper Corporation; | ) | |
| Wilson Athletic Goods Mfg. Co., Inc.; | ) | |
| A.G. Spalding & Bros., Inc.; | ) | |
| MacGregor Sport Products, Inc.; and | ) | |
| Hillerich & Bradsby Co., | ) | |
| Defendants. | ) | |

**ORDER TERMINATING FINAL JUDGMENTS IN THESE CONSOLIDATED CASES**

True Temper Sports, Inc. ("True Temper"), successor in interest to defendant True

Temper Corporation, having made an unopposed motion (Docket No. 28) for an Order

Terminating the Final Judgments previously entered in these cases, the parties having complied

with this Court's order providing for notice to the public of True Temper's motions, the United

States having certified that it received from the public no comments on True Temper's motions

to terminate the Final Judgments (Docket No. 26), and the United States having confirmed that it

continues to believe terminating the Final Judgments is in the public interest (Docket No. 26),

this Court finds that it is in the public interest to terminate the Final Judgments entered in these

cases, and it is therefore

ORDERED that the Final Judgment in *United States v. True Temper Corp.*, Case Number

58 CV 1158 (dated August 1, 1959), be terminated; and

FURTHER ORDERED that the Final Judgment in *United States v. True Temper Corp.*,

*et al.*, Case Number 58 CV 1159 (dated August 20, 1961), be terminated.

DONE, this 15th day of August, 2008.

Hon. David H. Coar
United States District Judge

Tendered by:

Frank J. Vondrak, Illinois Bar No. 6202050
Rosemary S. Thompson, Esq.
Antitrust Division, United States Department of Justice
209 South LaSalle Street, Suite 600
Chicago, Illinois, 60604

Notice to:

*for the United States:*
Frank J. Vondrak
Rosemary S. Thompson
Antitrust Division, United States Department of Justice
209 South LaSalle Street, Suite 600
Chicago, Illinois, 60604.


*for True Temper Corp.*
Robert E. Hauberg, Jr.
John G. Calender
Phillip C. Zane, Illinois Bar No. 6208254
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
555 Eleventh Street, N.W., Sixth Floor
Washington, DC 20004

*for Wilson Athletic Goods Mfg. Co., Inc.:*
Ray Berens, Esq.
Andre Pabarue, Esq.
Amer Sports North America
8750 W. Bryn Mawr Ave.
Chicago IL 60631

*for Russell Corp.*
*(owner of certain marks once owned by A.G. Spalding & Bros., Inc.):*
Clay Humphrey, Esq.
Russell Corp.
755 Lee Street
Alexander City, AL  35010


*for MacGregor Sport Products, Inc.:*
Michael Robbins
COO, MacGregor Golf
MacGregor Sport Products, Inc.
1000 Pecan Grove Dr.
Albany, GA  31710

*for Hillerich & Bradsby Co.:*
Steven H. Lyverse, Esq.
Hillerich & Bradsby Co., Inc.
800 West Main St.
Louisville, KY  40232-5700